IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| TRACI CAROL BENEFIELD,           ) | |
| )   | |
| Plaintiff,           ) | |
| )   | |
| v.           ) | CIVIL ACTION NO. 11-G-2637-J |
| )   | |
| MICHAEL J. ASTRUE,           ) | |
| Commissioner of the Social           ) | |
| Security Administration,           ) | |
| )   | |
| Defendant. | |

## **MEMORANDUM OPINION**

The plaintiff, Traci Carol Benefield, brings this action seeking judicial review of a final adverse decision of the Commissioner of the Social Security Administration (the Commissioner) denying her application for Social Security Benefits. The plaintiff filed applications for Social Security Benefits on May 19 and 20, 2008. Thereafter, plaintiff timely pursued and exhausted the administrative remedies available before the Commissioner. Accordingly, this case is now ripe for judicial review pursuant to the provisions of section 205(g) of the Social Security Act (the Act), 42 U.S.C. § 405(g).

The sole function of this court is to determine whether the decision of the Commissioner is supported by substantial evidence and whether proper legal standards were applied. Bloodsworth v. Heckler, 703 F.2d 1233, 1239 (11th Cir. 1983). To that

end this court "must scrutinize the record as a whole to determine if the decision reached is reasonable and supported by substantial evidence." <u>Bloodsworth</u>, at 1239 (citations omitted). Substantial evidence is "such relevant evidence as a reasonable person would accept as adequate to support a conclusion." <u>Bloodsworth</u>, at 1239. The court has carefully reviewed the entire record in this case and is of the opinion that the Commissioner's decision is supported by substantial evidence and that proper legal standards were applied in reaching that decision. Accordingly, the decision of the Commissioner must be affirmed.

      A separate order in conformity with this memorandum opinion will be entered.

      DONE and ORDERED 15 May 2012.

                                        UNITED STATES DISTRICT JUDGE
                                            J. FOY GUIN, JR.